**Fill in this information to identify the case:**

Debtor 1: Carl M. Danielsen

Debtor 2: Janet A. Danielsen
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 16-00528

# Form 4100R
# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known) n/a

**Last 4 digits** of any number you use to identify the debtor's account: 4760

**Property address:** 575 Ramblewood Ct.
Number    Street

Lake Zurich    IL    60047
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:* "as of date" 06/02/2021

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this responses is:

## Part 3: Postpetition Mortgage Payment

*Check one:* "as of date" 06/02/2021

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $1,310.28

b. Total fees, charges, expenses, escrow, and costs outstanding:    +    (b) $.00

c. Total. Add lines a and b.    (c) $1,310.28

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/01/2021
MM / DD / YYYY

| Debtor 1 | Carl | M. | Danielsen | Case number *(if known)* | 16-00528 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

The following amount(s) will be due at the earlier of repayment in full, acceleration, or maturity of the loan:

Deferred extension interest (related to re-ages or loan mods): $
Deferred daily simple interest: $
Deferred (other): $

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

❑ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Joel P. Fonferko        Date  06/09/2021
  Signature

Print    Joel P. Fonferko                           Title   Attorney for Creditor
         First Name    Middle Name    Last Name

Company  Codilis & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   15W030 North Frontage Road, Suite 100
          Number        Street

          Burr Ridge            IL         60527
          City                  State      ZIP Code

Contact phone  (630) 794-5300               Email   bkpleadingsNORTHERN@il.cslegal.com

File #14-16-01481

16-00528

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 9, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 9, 2021.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Carl M. Danielsen, Janet A. Danielsen, Debtor(s), 575 Ramblewood Ct., Lake Zurich, IL 60047
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF



    /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**File #14-16-01481**
NOTE: This law firm is a debt collector.

| Action Type | If Applicable, Suspense Debits | Date Received | Amount Received | Amount Due | Post Petition Date Paid | Payment Amount | Check # / Notes | To / From Suspense | (Total Due) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| Debtor | | 3/3/2016 | $1,150.13 | $0.00 | 02/01/16 | 1,150.13 | | $0.00 | $0.00 |
| Debtor | | 5/4/2016 | $1,500.00 | $0.00 | 03/01/16 | 1,150.13 | | $349.87 | $349.87 |
| Debtor | | 6/1/2016 | $1,500.00 | $0.00 | 04/01/16 | 1,150.13 | | $349.87 | $699.74 |
| Debtor | | 7/6/2016 | $1,400.00 | $0.00 | 05/01/16 | 1,150.13 | | $249.87 | $949.61 |
| Debtor | | 7/30/2016 | $1,400.00 | $0.00 | 06/01/16 | 1,150.13 | | $249.87 | $1,199.48 |
| Post Suspense | Payment | | $0.00 | $0.00 | 07/01/16 | 1,150.13 | | -$1,150.13 | $49.35 |
| Debtor | | 9/2/2016 | $1,200.00 | $0.00 | 08/01/16 | 1,150.13 | | $49.87 | $99.22 |
| Debtor | | 10/1/2016 | $1,300.00 | $0.00 | 09/01/16 | 1,150.13 | | $149.87 | $249.09 |
| Debtor | | 11/3/2016 | $1,300.00 | $0.00 | 10/01/16 | 1,297.61 | | $2.39 | $251.48 |
| Debtor | | 12/3/2016 | $1,300.00 | $0.00 | 11/01/16 | 1,297.61 | | $2.39 | $253.87 |
| Debtor | | 1/3/2017 | $1,300.00 | $0.00 | 12/01/16 | 1,297.61 | | $2.39 | $256.26 |
| Debtor | | 2/9/2017 | $1,310.00 | $0.00 | 01/01/17 | 1,297.61 | | $12.39 | $268.65 |
| Debtor | | 3/3/2017 | $1,310.00 | $0.00 | 02/01/17 | 1,297.61 | | $12.39 | $281.04 |
| Debtor | | 4/6/2017 | $1,310.00 | $0.00 | 03/01/17 | 1,308.54 | | $1.46 | $282.50 |
| Post Suspense | Other | | | $0.00 | | 282.50 | | -$282.50 | $0.00 |
| Debtor | | 6/3/2017 | $2,000.00 | $0.00 | 04/01/17 | 1,308.54 | short pay 414.09 | $691.46 | $691.46 |
| Debtor | | 7/8/2017 | $894.45 | $0.00 | 05/01/17 | 1,308.54 | | -$414.09 | $277.37 |
| Debtor | | 7/8/2017 | $105.55 | $0.00 | | 0.00 | | $105.55 | $382.92 |
| Debtor | | 9/7/2017 | $511.53 | $0.00 | | 0.00 | | $511.53 | $894.45 |
| Debtor | | 9/7/2017 | $1,038.47 | $0.00 | 06/01/17 | 1,308.54 | | -$270.07 | $624.38 |
| Debtor | | 10/2/2017 | $270.07 | $0.00 | | 0.00 | | $270.07 | $894.45 |
| Debtor | | 10/2/2017 | $1,308.54 | $0.00 | 07/01/17 | 1,308.54 | | $0.00 | $894.45 |
| Debtor | | 10/2/2017 | $1,308.54 | $0.00 | 08/01/17 | 1,308.54 | | $0.00 | $894.45 |
| Debtor | | 10/2/2017 | $1,305.44 | $0.00 | 09/01/17 | 1,308.54 | | -$3.10 | $891.35 |
| Debtor | | 10/2/2017 | $3.10 | $0.00 | | 0.00 | | $3.10 | $894.45 |
| Debtor | | 11/6/2017 | $1,308.54 | $0.00 | 10/01/17 | 1,308.54 | | $0.00 | $894.45 |
| Debtor | | 12/4/2017 | $1,308.54 | $0.00 | 11/01/17 | 1,308.54 | | $0.00 | $894.45 |
| Debtor | | 2/3/2018 | $1,214.63 | $0.00 | 12/01/17 | 1,308.54 | | -$93.91 | $800.54 |
| Debtor | | 2/3/2018 | $1,214.63 | $0.00 | 01/01/18 | 1,214.63 | | $0.00 | $800.54 |
| Debtor | Principal | 2/3/2018 | $170.74 | $0.00 | | 170.74 | | $0.00 | $800.54 |
| Debtor | | 3/2/2018 | $1,243.74 | $0.00 | 02/01/18 | 1,214.63 | | $29.11 | $829.65 |
| Debtor | Principal | 3/2/2018 | $1.26 | $0.00 | | 1.26 | | $0.00 | $829.65 |
| Debtor | | 5/3/2018 | $1,243.74 | $0.00 | 03/01/18 | 1,243.74 | | $0.00 | $829.65 |
| Debtor | | 6/6/2018 | $1,243.74 | $0.00 | 04/01/18 | 1,243.74 | | $0.00 | $829.65 |
| Debtor | | 6/6/2018 | $81.64 | $0.00 | | 0.00 | | $81.64 | $911.29 |
| Debtor | | 7/6/2018 | $1,162.10 | $0.00 | 05/01/18 | 1,243.74 | | -$81.64 | $829.65 |
| Debtor | | 7/6/2018 | $37.90 | $0.00 | | 0.00 | | $37.90 | $867.55 |
| Debtor | | 9/6/2018 | $1,205.84 | $0.00 | 06/01/18 | 1,243.74 | | -$37.90 | $829.65 |
| Debtor | | 9/6/2018 | $144.16 | $0.00 | | 0.00 | | $144.16 | $973.81 |
| Debtor | | 10/4/2018 | $1,099.58 | $0.00 | 07/01/18 | 1,243.74 | | -$144.16 | $829.65 |
| Debtor | | 10/4/2018 | $250.42 | $0.00 | | 0.00 | | $250.42 | $1,080.07 |
| Debtor | | 12/1/2018 | $993.32 | $0.00 | 08/01/18 | 1,243.74 | | -$250.42 | $829.65 |
| Debtor | | 12/1/2018 | $406.68 | $0.00 | | 0.00 | | $406.68 | $1,236.33 |
| Debtor | | 1/23/2019 | $837.06 | $0.00 | 09/01/18 | 1,243.74 | | -$406.68 | $829.65 |
| Debtor | | 1/23/2019 | $1,243.74 | $0.00 | 10/01/18 | 1,243.74 | | $0.00 | $829.65 |
| Debtor | | 1/23/2019 | $1,243.74 | $0.00 | 11/01/18 | 1,243.74 | | $0.00 | $829.65 |
| Debtor | | 1/23/2019 | $1,243.74 | $0.00 | 12/01/18 | 1,243.74 | | $0.00 | $829.65 |
| Debtor | | 1/23/2019 | $1,181.02 | $0.00 | 01/01/19 | 1,243.74 | | -$62.72 | $766.93 |
| Debtor | | 2/6/2019 | $1,181.02 | $0.00 | 02/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | Principal | 3/2/2019 | $1,150.00 | $0.00 | | 1,150.00 | | $0.00 | $766.93 |
| Debtor | | 4/5/2019 | $1,181.02 | $0.00 | 03/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | | 4/5/2019 | $1,181.02 | $0.00 | 04/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | Principal | 5/1/2019 | $2,200.00 | $0.00 | | 2,200.00 | | $0.00 | $766.93 |
| Debtor | | 6/4/2019 | $1,181.02 | $0.00 | 05/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | Principal | 6/4/2019 | $3.98 | $0.00 | | 3.98 | | $0.00 | $766.93 |
| Debtor | | 7/5/2019 | $1,181.02 | $0.00 | 06/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | | 8/2/2019 | $1,181.02 | $0.00 | 07/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | | 9/5/2019 | $1,181.02 | $0.00 | 08/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | | 10/8/2019 | $1,181.02 | $0.00 | 09/01/19 | 1,181.02 | | $0.00 | $766.93 |
| Debtor | | 10/8/2019 | $1,180.98 | $0.00 | 10/01/19 | 1,181.02 | | -$0.04 | $766.89 |
| Debtor | Principal | 10/8/2019 | $0.04 | $0.00 | | 0.04 | | $0.00 | $766.89 |
| Debtor | | 12/6/2019 | $1,181.02 | $0.00 | 11/01/19 | 1,181.02 | short pay 0.04 | $0.00 | $766.89 |
| Debtor | | 12/6/2019 | $1,181.02 | $0.00 | 12/01/19 | 1,181.02 | | $0.00 | $766.89 |
| Debtor | | 1/3/2020 | $1,200.00 | $0.00 | 01/01/20 | 1,181.02 | | $18.98 | $785.87 |
| Debtor | | 1/7/2020 | $275.00 | $0.00 | | 0.00 | | $275.00 | $1,060.87 |
| Debtor | | 2/6/2020 | $1,178.48 | $0.00 | 02/01/20 | 1,189.24 | | -$10.76 | $1,050.11 |
| Post Suspense | Principal | | | $0.00 | | 10.76 | | -$10.76 | $1,039.35 |
| Post Suspense | Principal | | | $0.00 | | 275.00 | | -$275.00 | $764.35 |
| Debtor | | 3/5/2020 | $1,200.00 | $0.00 | 03/01/20 | 1,189.24 | | $10.76 | $775.11 |
| Debtor | | 4/7/2020 | $750.00 | $0.00 | 04/01/20 | 1,189.24 | | -$439.24 | $335.87 |
| Debtor | | 5/6/2020 | $439.24 | $0.00 | | 0.00 | | $439.24 | $775.11 |

Case #: 16-00528  As of Date: 06/02/2021

| Action Type | If Applicable, Suspense Debits | Date Received | Amount Received | Amount Due | Post Petition Date Paid | Payment Amount | Check # / Notes | To / From Suspense | (Total Due) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Post Payment Ledger | | | | |
| Debtor | | 5/6/2020 | $1,189.24 | $0.00 | 05/01/20 | 1,189.24 | | $0.00 | $775.11 |
| Debtor | Principal | 5/6/2020 | $71.52 | $0.00 | | 71.52 | | $0.00 | $775.11 |
| Debtor | Principal | 6/1/2020 | $1,200.00 | $0.00 | | 1,200.00 | | $0.00 | $775.11 |
| Debtor | | 7/23/2020 | $1,189.24 | $0.00 | 06/01/20 | 1,189.24 | | $0.00 | $775.11 |
| Debtor | | 7/23/2020 | $10.76 | $0.00 | | 0.00 | | $10.76 | $785.87 |
| Debtor | | 8/20/2020 | $1,178.48 | $0.00 | 07/01/20 | 1,189.24 | | -$10.76 | $775.11 |
| Debtor | | 8/20/2020 | $221.52 | $0.00 | | 0.00 | | $221.52 | $996.63 |
| Debtor | | 9/17/2020 | $967.72 | $0.00 | 08/01/20 | 1,189.24 | | -$221.52 | $775.11 |
| Debtor | | 9/17/2020 | $232.28 | $0.00 | | 0.00 | | $232.28 | $1,007.39 |
| Debtor | | 10/21/2020 | $956.96 | $0.00 | 09/01/20 | 1,189.24 | | -$232.28 | $775.11 |
| Debtor | | 10/21/2020 | $243.04 | $0.00 | | 0.00 | | $243.04 | $1,018.15 |
| Debtor | | 12/2/2020 | $946.20 | $0.00 | 10/01/20 | 1,189.24 | | -$243.04 | $775.11 |
| Debtor | | 12/2/2020 | $53.80 | $0.00 | | 0.00 | | $53.80 | $828.91 |
| Debtor | | 1/4/2021 | $1,135.44 | $0.00 | 11/01/20 | 1,189.24 | | -$53.80 | $775.11 |
| Debtor | | 1/4/2021 | $64.56 | $0.00 | | 0.00 | | $64.56 | $839.67 |
| Debtor | | 1/30/2021 | $1,124.68 | $0.00 | 12/01/20 | 1,189.24 | | -$64.56 | $775.11 |
| Debtor | Principal | 1/30/2021 | $185.32 | $0.00 | | 185.32 | | $0.00 | $775.11 |
| Debtor | | 3/17/2021 | $1,310.28 | $0.00 | 01/01/21 | 1,189.24 | | $121.04 | $896.15 |
| Debtor | | 3/17/2021 | $1,289.72 | $0.00 | 02/01/21 | 1,310.28 | | -$20.56 | $875.59 |
| Debtor | | 4/21/2021 | $1,300.00 | $0.00 | 03/01/21 | 1,310.28 | short pay 20.56 | -$10.28 | $865.31 |
| Debtor | | 6/1/2021 | $1,300.00 | $0.00 | 04/01/21 | 1,310.28 | short pay 10.28 | -$10.28 | $855.03 |
| Spc Crcmstnce | Short Pay Credits | | $455.25 | $0.00 | | 0.00 | | $455.25 | $1,310.28 |
| Post Suspense | Payment | | $0.00 | $0.00 | 05/01/21 | 1,310.28 | short pay 10.28 | -$1,310.28 | $0.00 |
| Delinquent Payment | | | | $1,310.28 | 06/01/21 | 0.00 | | $0.00 | -$1,310.28 |

Case #: 16-00528  As of Date: 06/02/2021